UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KELVIN ORTIZ<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>CLEVELAND RANGE LLC A/K/A<br>CLEVELAND RANGE, INC.,<br><br>　　　Defendant. | C.A. NO. 19-CV- |

## NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §1441

　　　NOW COMES the Defendant, Cleveland Range LLC (hereinafter "Cleveland Range") and hereby respectfully files this Notice of Removal to the United States District Court for the District of Massachusetts from Essex Superior Court, Essex County, Trial Court of the Commonwealth of Massachusetts, and states the following in support of this Notice of Removal:

　　　1.　　　The Plaintiff, Kelvin Ortiz (hereinafter the "Plaintiff") is an individual who resides in Lawrence, Essex County, Massachusetts.  The Plaintiff filed a civil action against Cleveland Range in Essex Superior Court, Essex County, Trial Court of the Commonwealth of Massachusetts, Civil Action No. 1877CV01872, entitled *Kelvin Ortiz v. Cleveland Range LLC a/k/a Cleveland Range, Inc.* (the "Action").  On or about January 11, 2019, Cleveland Range was served with a copy of the Summons, Complaint and Civil Action Cover Sheet, by the Cuyahoga County Sheriff's Office in Cleveland, Ohio.

　　　2.　　　This Notice of Removal is filed in the United States District Court for the District of Massachusetts within the time allowed by law for removal of civil actions.  The documents

attached hereto as **Exhibit A** constitute all of the process and pleadings served upon Cleveland Range to date.

3. This Action is removable to this Court pursuant to 28 U.S.C. §1441(b), because the Plaintiff is domiciled in Massachusetts, and the Defendant's principal place of business is in Cleveland, Ohio. As such, diversity of citizenship exists. The Plaintiff alleges that he suffered burns to his legs, causing continuing problems with pain, limitations, daily difficulty, and the inability to work. The Plaintiff's Civil Action Cover Sheet alleges medical expenses totaling $15,000.00, lost wages totaling $50,000 and pain and suffering in the amount of $300,000. The Plaintiff has set forth a total demand in the amount of a minimum of $365,000.00. As such, the amount in controversy satisfies the statutory threshold for Jurisdiction of the Federal District Court.

4. This Notice of Removal is being filed within thirty (30) days of receipt of the Summons and Complaint in accordance with 28 U.S.C. §1446(b).

5. A notice of the filing of this Notice of Removal and a true copy of this Notice of Removal will be filed with the Clerk of Essex Superior Court, Essex County, Trial Court of the Commonwealth of Massachusetts, as required by 28 U.S.C. §1446(d).

6. Pursuant to Local Rule 81.1(A), Cleveland Range shall request of the Clerk of the Essex Superior Court, Essex County, Trial Court of the Commonwealth of Massachusetts, certified or attested copies of all records and proceedings in the state court and certified or attested to copies of all docket entries therein, and shall file the same with this Court within thirty (30) days after filing of this Notice of Removal.

WHEREFORE, the defendant, Cleveland Range LLC, prays that said action now pending in the Essex Superior Court, Essex County, Trial Court of the Commonwealth of Massachusetts be removed therefrom to the United States District Court for the District of Massachusetts.

Respectfully submitted,

Defendant,
CLEVELAND RANGE LLC,

By Its Attorneys,

/s/ *Michael H. Hayden*

Sean F. McDonough, BBO #564723
smcdonough@morrisonmahoney.com
Michael H. Hayden, BBO #660746
mhayden@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Phone:   617-439-7500
Fax:      617-342-4950

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on **January 31, 2019.**

 /s/ *Michael H. Hayden*