# EXHIBIT A

COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS                                                      SUPERIOR COURT
                                                               CIVIL ACTION NO.:C

KELVIN ORTIZ                        )
       Plaintiff,                  )
                                    )
vs.                                 )
                                    )
                                    )  PLAINTIFF CLAIMS
CLEVELAND RANGE LLC A/K/A           )  TRIAL BY JURY
CLEVELAND RANGE, INC.               )
       Defendant.                  )
_____)

## COMPLAINT

### PARTIES AND FACTS

1. The Plaintiff Kelvin Ortiz resides in Lawrence, MA.

2. The Defendant Cleveland Range, LLC a/k/a Cleveland Range, Inc. ("Cleveland") is a foreign corporation with a principal place of business at 1333 East 179th Street, Cleveland, Ohio and a corporate address of 18301 St. Clair Ave, Cleveland, Ohio.

3. The action arises out of injuries sustained in Massachusetts sufficient to confer personal jurisdiction over the Defendants pursuant to the Massachusetts long arm statute.

4. At all relevant times, Plaintiff was employed by Hans Kissle and worked at their location in Haverhill, MA.

5. The Defendant was at all times pertinent hereto, engaged in designing, developing, formulating, manufacturing, testing, inspecting, advertising, promoting, marketing, packaging, distributing and selling steam kettles including the subject kettle.

6. On or about March 5, 2018, the Plaintiff, while in the course of his employment for Hans Kissle, was using the subject kettle (the "kettle") to cook pasta.

7. While cooking the pasta, the kettle suddenly tilted and tipped, pouring boiling water onto the Plaintiff.

8. The internal mechanism which allows the kettle to be tilted and locked into place failed and fell apart, allowing the kettle to tip unexpectedly.

1

9. The internal mechanism includes a rotating shaft which is slid through a metal holding and held in place by a bolt on the other side. The mechanism was negligently designed and produced so that the bolt was too small to properly hold the shaft in place.

10. The entire shaft, with the bolt still attached, fell through the hole in the metal holding causing the kettle to tilt unexpectedly and pour boiling water on the Plaintiff.

11. The kettle had no max-fill line or marking indicating the maximum amount the kettle should be filled as to avoid spillage regardless of equipment failure.

12. As a result of the incident, the Plaintiff sustained severe injuries, including but not limited to severe burns to his legs. He has continuing problems with pain, limitations, daily difficulty, and inability to work.

## CAUSES OF ACTION

## COUNT I. NEGLIGENCE

13. The Plaintiff hereby adopts and incorporates the allegations made in the foregoing paragraphs as though fully set forth herein.

14. The injuries sustained by the Plaintiff were the direct and proximate result of the negligence of the Defendant as follows:
    a. Defendant negligently designed, developed, formulated, manufactured, tested, inspected, advertised, promoted, marketed, packaged, distributed and sold the kettle;
    b. Defendant negligently maintained, tested, and inspected the kettle;
    c. Defendant negligently exposed persons to unreasonable hazards due to the dangerously defective kettle;
    d. Defendant negligently failed to warn or instruct concerning the dangers of the kettle;
    e. Defendant negligently failed to ensure that the kettle would operate safely.

15. As a result of the incident, the Plaintiff sustained severe injuries, including but not limited to severe burns to his legs. He has had extensive medical treatment and will require treatment in the future. He has continuing problems with pain, limitations, difficulty, and inability to work.

## COUNT II – BREACH OF WARRANTY

23. Plaintiff hereby adopts and incorporates the allegations made in the foregoing paragraphs as though fully set forth herein.

24. Defendant was at all times herein mentioned engaged in the design, development, assembly, manufacture, testing, inspection, packaging, promotion, advertising, marketing and sale of steam kettles including the subject kettle.

25. Defendant expressly and impliedly warranted to Plaintiff and to the general public that the kettle was safe, merchantable and fit for its intended purposes and uses. Defendant breached its warranties because said kettle was unsafe, not of merchantable quality and unfit for its intended uses and purposes. Plaintiff relied on the warranties made by Defendant and Plaintiff sustained injury as the direct and proximate result of the breaches of warranties by Defendant. Due notice has been given Defendant of its breaches of warranty.

26. As a result of the incident, the Plaintiff sustained severe injuries, including but not limited to severe burns to his legs. He has had extensive medical treatment and will require treatment in the future. He has continuing problems with pain, limitations, difficulty, and inability to work.

WHEREFORE, Plaintiff prays judgment against Defendant, together with interest and costs.

PLAINTIFF CLAIMS TRIAL BY JURY.

The Plaintiff,
By His Attorneys,

Alan L. Cantor, BBO #072360
Ross B. Greenstein, BBO #682222
Swartz & Swartz, P.C.
10 Marshall Street
Boston, MA 02108
(617) 742-1900
Rgreenstein@swartzlaw.com

3

| CIVIL ACTION COVER SHEET | DOCKET NUMBER | Trial Court of Massachusetts The Superior Court |
|---|---|---|

PLAINTIFF(S): Kelvin Ortiz

ADDRESS: 187 Sandborn Street

Lawrence MA 01843

COUNTY: Essex

DEFENDANT(S): Cleveland Range LLC a/k/a Cleveland Range, Inc.

ATTORNEY: Swartz & Swartz, P.C.

ADDRESS: 10 Marshall Street, Boston, MA 02118

Phone 617-742-1900

rgreenstein@swartzlaw.com

BBO: 682222

ADDRESS: 18301 St. Clair Ave, Cleveland, Ohio

### TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

CODE NO.: B5
TYPE OF ACTION (specify): Product Liability
TRACK: A
HAS A JURY CLAIM BEEN MADE? [X] YES  [ ] NO

*If "Other" please describe:

### STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(attach additional sheets as necessary)

A. Documented medical expenses to date: ........................................................... $ 15,000+
  1. Total hospital expenses ........................................................... $
  2. Total doctor expenses ........................................................... $
  3. Total chiropractic expenses ........................................................... $
  4. Total physical therapy expenses ........................................................... $
  5. Total other expenses (describe below) ........................................................... $
  Subtotal (A): $ 15000+

B. Documented lost wages and compensation to date ........................................................... $ 50000+
C. Documented property damages to dated ........................................................... $
D. Reasonably anticipated future medical and hospital expenses ........................................................... $
E. Reasonably anticipated lost wages ........................................................... $ 300000
F. Other documented items of damages (describe below) ........................................................... $
Pain and Suffering

G. Briefly describe plaintiff's injury, including the nature and extent of injury:
Plaintiff suffered a fracture and strain of the left knee as a direct and proximate result of Defendants' negligence. Injuries caused pain and decreased quality of life.

TOTAL (A-F): $ 365000+

**CONTRACT CLAIMS**
(attach additional sheets as necessary)

Provide a detailed description of claims(s):

TOTAL: $

Signature of Attorney/Pro Se Plaintiff: X /s/ 

Date: Dec 10, 2018

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

### CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X /s/

Date: Dec 10, 2018

Ross B. Greenstein, Esq.

(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:*   -   TORT   -   MOTOR VEHICLE TORT -
CONTRACT   -   EQUITABLE RELIEF   -   OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No. 1877CV01872

Kelvin Ortiz ..........................................................................., Plaintiff(s)

v.

Cleveland Range LLC a/k/a Cleveland Range, Inc. Defendant(s)

## SUMMONS

To the above named Defendant: Cleveland Range LLC a/k/a Cleveland Range, Inc.

You are hereby summoned and required to serve upon Ross B. Greenstein, plaintiff's attorney, whose address is 10 Marshall St., Boston, MA 02108, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at 43 Appleton Way Lawrence, Ma 01841 either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, Judith Fabricant, Esquire, at Salem, the
day of                             , in the year of our Lord two thousand

*Clerk*

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein *and* also file the original in the Clerk's Office

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

COMMONWEALTH OF
MASSACHUSETTS

ESSEX, SS.                SUPERIOR COURT
                          CIVIL ACTION
                    No.  1877CV01872


Kelvin Ortiz
        Plaintiff(s)

            v

Cleveland Range LLC a/k/a
Cleveland Range, Inc.
        Defendant(s)


**SUMMONS**
(Mass. R. Civ. P. 4)

---

**PROOF OF SERVICE OF PROCESS**

I hereby certify and return that on _____, 20____, I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (see Mass. R. Civ. P. (d) (1-5)):

_____

_____

Dated: _____, 20____.

N.B. TO PROCESS SERVER:-
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

_____, 20____.