UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KELVIN ORTIZ
 Plaintiff,

v.

CLEVELAND RANGE LLC A/K/A
CLEVELAND RANGE, INC.
 Defendant.

C.A. NO. 1:19-CV-10213-WGY

## **JOINT SETTLEMENT REPORT AND REQUEST FOR 60-DAY NISI ORDER**

NOW COME the Plaintiff, Kelvin Ortiz, and the Defendant, Cleveland Range, LLC, (collectively the "Parties") and hereby report that the Parties have reached a confidential Settlement Agreement and respectfully request that this Honorable Court enter a 60-Day Nisi Order to allow the Parties to execute the necessary settlement documents, which includes the participation of a non-party worker's compensation insurer.

WHEREFORE the Plaintiff, Kelvin Ortiz, and the Defendant, Cleveland Range, LLC, report their case has settled and respectfully request that this Honorable Court enter a 60-Day Nisi Order.

Respectfully Submitted,

| | |
|---|---|
| The Plaintiff, | The Defendant, |
| Kelvin Ortiz | Cleveland Range, LLC |
| By his attorney: | By its attorneys: |
| /s/ *Ross B. Greenstein* | */s/ Michael H. Hayden* |
| Alan L. Cantor, BBO# 072360 | Michael H. Hayden BBO# 660746 |
| Ross B. Greenstein, BBO# 682222 | mhayden@morrisonmahoney.com |
| Swartz & Swartz, P.C. | Morrison Mahoney, LLP |
| 10 Marshall Street | 250 Summer Street |
| Boston, MA 02108 | Boston, MA 02210-1181 |
| (617) 742-1900 | (617) 439-7500 |

1

CERTIFICATE OF SERVICE

       I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on **February 26, 2020.**

         /s/ *Michael H. Hayden*
         Michael H. Hayden