UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KELVIN ORTIZ
    Plaintiff,

v.

CLEVELAND RANGE LLC A/K/A
CLEVELAND RANGE, INC.
    Defendant.

C.A. NO. 1:19-CV-10213-WGY

**PLAINTIFF'S ASSENTED TO MOTION TO APPROVE SETTLEMENT**

Now comes the Plaintiff, with the Defendant and worker's compensation insurer's assent, and moves that this Honorable Court approve a settlement of Atlantic Charter Insurance Company's worker's compensation lien of $52,883.81 for the good faith negotiated amount of $32,000.00 in full satisfaction of said lien, under the provision of G.L. c. 152 § 15A. As grounds therefore, Plaintiff states as follows:

**Facts**

On March 5, 2018, the Plaintiff was working at Hans Kissle and was using a Cleveland Range kettle to cook pasta. The Plaintiff contends that he was injured when the kettle suddenly tilted and tipped, pouring boiling water onto the Plaintiff and causing him burns. Plaintiff alleges the Defendant negligently designed, tested, inspected, distributed and sold a defective and unsafe kettle; thereby causing the Plaintiff's injuries and damages. Defendant denied such claims and asserted that the product had been altered since it left the Defendant's custody, possession and control. In order to avoid the uncertainties of trial, the

Plaintiff and Defendant reached a confidential settlement agreement with no admission of liability.

## Worker's Compensation Benefits

Atlantic Charter Insurance Company accepted the claim and paid worker's compensation benefits in the amount of $52,883.81. Atlantic Charter has accepted $32,000.00 in full satisfaction of its lien.

## Expenses of Swartz & Swartz, P.C.

Depositions - $1,129.90

Filing Fees - $275.00

Medical Records - $26.80

Sheriffs – $29.75

Travel - $169.84

Copying/Printing - $53.00

Postage - $20.75

Telephone - $5.78

Experts - $8,085.00

**Total Expenses - $9,795.82**

## Disposition of Settlement Proceeds

| | |
|---|---|
| Attorney's fees to Swartz & Swartz, P.C. and Torrisi & Torrisi, P.C.: | $ 33,000.00 |
| Payment to Atlantic charter in full settlement of the lien: | $ 32,000.00 |
| Expenses of Swartz & Swartz: | $  9,795.82 |

I request that the above settlement be approved. I further request that should an in-person hearing be impossible or impractical due to the current Covid-19 pandemic, that the

Court schedule a video/telephone conference to address this motion.  The Plaintiff, Defendant and Worker's Compensation insurer all consent to this settlement.  Should this Honorable Court require any additional information, the Parties would be happy to provide same, *in camera*.

WHEREFORE the Plaintiff, with the Defendant and worker's compensation insurer's assent, respectfully requests that this Honorable Court approve a settlement of Atlantic Charter Insurance Company's worker's compensation lien of $52,883.81 for the good faith negotiated amount of $32,000.00 in full satisfaction of said lien pursuant to G.L. c. 152 § 15A.

Respectfully Submitted,

| The Plaintiff, | The Defendant, |
|---|---|
| Kelvin Ortiz | Cleveland Range, LLC |
| By his attorney: | By its attorneys: |
| /s/ *Ross B. Greenstein* | /s/ *Michael H. Hayden* |
| Alan L. Cantor, BBO# 072360 | Michael H. Hayden BBO# 660746 |
| Ross B. Greenstein, BBO# 682222 | mhayden@morrisonmahoney.com |
| Swartz & Swartz, P.C. | Morrison Mahoney, LLP |
| 10 Marshall Street | 250 Summer Street |
| Boston, MA 02108 | Boston, MA 02210-1181 |
| (617) 742-1900 | (617) 439-7500 |

/s/ *Michele Shatto*
Michele Shatto
Atlantic Charter Insurance Company
25 New Chardon St.
Boston, MA 02114
P: 617-488-6568, F: 617-488-6502
mshatto@atlanticcharter.com

3

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 31, 2020.

    /s/ *Ross B. Greenstein*
Ross B. Greenstein

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true copy of the foregoing document, by delivering a copy of same via first class mail to all counsel of record, to wit:

David M. O'Connor, Esq.
O'Connor & Associates, LLC
325 Boston Post Rd., Unit #1
Sudbury, MA 01776


Dated:

                                                                                                                            _____
                                                                                                           Ross B. Greenstein